# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Charlie H. Simmons**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-cv-00010-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Guinn, | ) | |
| FNU Johnson, | ) | |
| FNU Presslex, | ) | |
| FNU Wade**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2014 Order.

April 25, 2014

Frank G. Johns, Clerk
United States District Court